*JUDGE SULLIVAN*

IRA DANIEL TOKAYER, ESQ. (IT4734)
Attorney for Plaintiff
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 2155

------------------------------------x

USPA ACCESSORIES LLC d/b/a       :
CONCEPT ONE,
                                 :
              Plaintiff,
                                 :
     - against -                      RULE 7.1 STATEMENT
                                 :
MAINLAND HEADWEAR HOLDINGS,
LTD.,                            :

              Defendant.         :
------------------------------------x

*MAR 04 2008*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record certifies that plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
        March 3, 2008

                                      _____
                                      IRA DANIEL TOKAYER, ESQ. (IT-4734)
                                      Attorney for Plaintiff
                                      42 West 38th Street, Suite 802
                                      New York, New York 10018
                                      (212) 695-5250

Rule 7.1 Statement.wpd