UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,                           :

        Plaintiff,           :     Case No. 08CV2155 (RJS)

  -against-                           :

MAINLAND HEADWEAR HOLDINGS,  :
LTD.,                                  :     **STIPULATION**

        Defendant.           :
_____X

**WHEREAS**, the Complaint in the above action was filed with the Court on March 4, 2008, and a Summons was issued on that same day; and

**WHEREAS**, the parties' attorneys have consulted and the attorneys for Defendant Mainland Headwear Holdings, Ltd. have agreed to accept service of the Summons and Complaint on behalf of the Defendant;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto and their respective undersigned attorneys, that Wormser, Kiely, Galef & Jacobs LLP, attorneys for Defendant Mainland Headwear Holdings, Ltd. hereby accept service of the Summons and Complaint, both dated March 4, 2008 in the above action, such service to be effective on Thursday, March 20, 2008; and

**IT IS FURTHER STIPULATED AND AGREED**, that no additional service of the Summons and Complaint on Defendant is required to be effective under Fed. R. Civ. P. 4 or to commence the time to serve and file a responsive pleading under Fed. R. Civ. P. 12; and

**IT IS FURTHER STIPULATED AND AGREED**, that facsimile or scanned signatures

will be deemed originals for the purposes of this stipulation.

Dated: New York, New York
March 13, 2008

IRA DANIEL TOKAYER, ESQ.
Attorney for all Plaintiff

By: *(signature)*
Ira Daniel Tokayer (IT4734)
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250


WORMSER, KIELY, GALEF & JACOBS LLP
Attorneys for Defendant

By: *(signature)*
John T. Morin (JM0390)
Jennifer L. Marlborough (JM4303)
825 Third Avenue, 26th Floor
New York, New York 10022
(212) 687-4900

2