AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

## APPEARANCE

Case Number: 08CV2155

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mainland Headwear Holdings, Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/26/2008 | */s/ John T. Morin* |
| Date | Signature |
| | John T. Morin     JM0390 |
| | Print Name     Bar Number |
| | Wormser, Kiely, Galef & Jacobs LLP, 825 Third Avenue |
| | Address |
| | New York     New York     10022 |
| | City     State     Zip Code |
| | (212) 687-4900     (212) 687-5703 |
| | Phone Number     Fax Number |