APR-04-2008 13:05 From:                                    To:2126955450    P.3/6

Sullivan J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,

        Plaintiff,

-against-

MAINLAND HEADWEAR HOLDINGS, LTD.,

        Defendants.

----------------------------------------x

Case No.: 08-CV-2155 (RJS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

STIPULATION EXTENDING DEFENDANT'S
TIME TO ANSWER, MOVE OR OTHERWISE
RESPOND TO THE COMPLAINT

    WHEREAS, Plaintiff USPA Accessories LLC d/b/a Concept One filed a Summons and Complaint ("Complaint") against Defendant Mainland Headwear Holdings, Ltd. ("Defendant") on March 4, 2008; and

    WHEREAS, Wormser, Kiely, Galef & Jacobs LLP, attorney accepted service of the Complaint on behalf of Defendant on March 20, 2008; and

    WHEREAS, the Plaintiff and Defendant have, through their respective counsel, agreed to extend the time of Defendant to answer, move or otherwise respond to the Complaint; and

    WHEREAS, no prior requests for extensions have been made:

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective counsel that the time for Defendant Mainland to answer, move or otherwise

respond to the Complaint herein is extended through and including May 7, 2008.

IRA DANIEL TOKAYER, ESQ.

By: _____
IRA DANIEL TOKAYER, ESQ. (IT4734)
Attorney for Plaintiff
USPA Accessories d/b/a
Concept One
42 West 38th Street
New York, New York 10018
(212) 695-5250

WORMSER, KIELY, GALEF & JACOBS LLP

By: _____
John T. Morin (JM0390)
Jennifer L. Marlborough (JM4303)
Attorney for Defendant
Mainland Headwear Holdings, Ltd.
825 Third Avenue
New York, New York 10022
(212) 687-4900

SO ORDERED

_____
U.S.D.J.  4/29/08

-2-