*Sullivan J*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,

                Plaintiff,   :   ECF Case

    -against-            :   08CV2155(RJS)

MAINLAND HEADWEAR HOLDINGS
LTD.,

                Defendant.
---------------------------------X

**STIPULATION EXTENDING DEFENDANT'S
TIME TO ANSWER, MOVE OR OTHERWISE
RESPOND TO THE COMPLAINT**

WHEREAS, Plaintiff USPA Accessories LLC d/b/a Concept Once filed a Summons and Complaint ("Complaint") against Defendant Mainland Headwear Holdings Ltd. ("Defendant") on March 4, 2008; and

WHEREAS, Wormser, Kiely, Galef & Jacobs LLP, attorneys for Defendant, accepted service of the Complaint on behalf of Defendant on March 20, 2008; and

WHEREAS, Plaintiff and Defendant had filed a Stipulation to extend Defendant's time to answer, move or otherwise respond to the Complaint to May 7, 2008, which was "so ordered" by the Court on April 29, 2008 and filed by the Clerk of the Court on April 30, 2008; and

WHEREAS, a serious family emergency has arisen for John T. Morin, the principal attorney for Defendant which will prevent him from completing the drafting and filing of an Answer or any other responsive papers by May 7, 2008; and

WHEREAS, the attorneys for the parties have consulted and agreed to extend the date for Defendant to answer, move or otherwise respond to the Complaint to Friday, May 16, 2008;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective counsel that the time for Defendant to answer, move or otherwise respond to the Complaint is extended to and through Friday, May 16, 2008; and

IT IS FURTHER STIPULATED AND AGREED, that a facsimile or electronic executed copy of this Stipulation shall have the same effect as an original executed copy.

IRA DANIEL TOKAYER, ESQ.

By: _____
Ira Daniel Tokayer (IT4734)
Attorney for Plaintiff
42 West 38th Street
New York, New York 10018
(212) 695-5250

WORMSER, KIELY, GALEF & JACOBS LLP

By: _____
Jennifer L. Marlborough (JM4303)
John T. Morin (JM0390)
Attorney for Defendant
825 Third Avenue
New York, New York 10022
(212) 687-4900

SO ORDERED:

_____
U.S.D.J.

Dated: May 6, 2008

05/05/2008  15:22   2126955458                    IRADANIELTOKAYER                              PAGE  03/05