UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,                                  :

               Plaintiff,            :            08 Civ. 2155 (RJS)
                                   ECF CASE
    -against-                             :

MAINLAND HEADWEAR HOLDINGS        :            **DEFENDANT'S RULE 7.1**
LTD.,                                                          **STATEMENT**
                            :

             Defendant.          :

————————————————————X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Mainland Headwear Holdings, Ltd., a private non-governmental party, certifies that its ultimate owner is Successful Years International Co., Ltd., a company organized in the British Virgin Islands, and that no publicly held corporation owns ten percent (10%) or more of Mainland Headwear Holdings, Ltd.'s stock.

Dated: New York, New York
      May 16, 2008

                                  **WORMSER, KIELY, GALEF & JACOBS LLP**
                                  Attorneys for Defendant

                                  By:_____/S/_____
                                    John T. Morin (JM0390)
                                    Jennifer L. Marlborough (JM4303)
                                    825 Third Avenue, 26th Floor
                                    New York, New York 10022
                                    (212) 687-4900

                                    Bell, Boyd & Lloyd LLP
                                    70 W. Madison Street – Suite 3100
                                    Chicago, Illinois 60602
                                    (312) 372-1121
                                    Of Counsel to Defendant