```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:  7/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

USPA ACCESSORIES LLC d/b/a CONCEPT ONE,

    Plaintiff,

-v-

MAINLAND HEADWEAR HOLDINGS LTD.,

    Defendant.

No. 08 Civ. 2155 (RJS)
ORDER

---

MAINLAND HEADWEAR HOLDINGS LTD.,

    Plaintiff,

-v-

DREW PEARSON MARKETING, LLC and USPA ACCESSORIES LLC d/b/a CONCEPT ONE,

    Defendants.

No. 08 Civ. 2363 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' joint letter dated June 26, 2008, pursuant to the Court's June 20, 2008 orders in each of the above-captioned actions. The parties request that the Court consolidate these two actions for purposes of discovery only, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

The parties' request is granted. The above-captioned actions are hereby consolidated pursuant to Rule 42 for purposes of discovery only. Should the parties wish to consolidate the action for other appropriate purposes at a later date, the parties should submit a pre-motion letter

to the Court pursuant to the Court's Individual Practices at the appropriate time.

SO ORDERED.

Dated:      June 30, 2008
            New York, New York

                                                     _____
                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES DISTRICT JUDGE