```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
USPA ACCESSORIES LLC, d/b/a
CONCEPT ONE,
:
             Plaintiff,   :   Case No. 08CV02155 (RJS)

     -against-   :

MAINLAND HEADWEAR HOLDINGS,   :
LTD.,
   :
            Defendant.
   :

_____X
MAINLAND HEADWEAR HOLDINGS,
LTD.,
   :
            Plaintiff,   :   Case No. 08CV02363 (RJS)

     -against-   :

DREW PEARSON MARKETING, LLC   :
and USPA ACCESSORIES LLC d/b/a
CONCEPT ONE,   :

            Defendants.   :
_____X

### [~~PROPOSED~~] THIRD AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties agreed to this amended Case Management Plan and Scheduling Order:

1.    All expert reports are to be served no later than April 17, 2009.

2.    All non-expert depositions to be completed by April 30, 2009.

3.    Requests to Admit are to be served no later than May 8, 2009.

4.  All *expert* discovery, with the exception of any rebuttal reports, is to be completed by May 8, 2009.

5.  Any *expert* rebuttal reports shall be exchanged simultaneously on May 29, 2009.

6.  Pursuant to the Court's Individual Practices, the parties shall request a pre-motion conference in writing by June 7, 2009; Responses by June 11, 2009.

7.  The post-discovery status conference shall be June 30, 2009 at 9 A.M.

SO ORDERED.

Dated: March **3**, 2009
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE