UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USPA ACCESSORIES LLC d/b/a CONCEPT ONE,

Plaintiff,

-v-

MAINLAND HEADWEAR HOLDINGS LTD.,

Defendant.

No. 08 Civ. 2155 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/09

MAINLAND HEADWEAR HOLDINGS LTD.,

Plaintiff,

-v-

DREW PEARSON MARKETING, LLC and USPA ACCESSORIES LLC d/b/a CONCEPT ONE,

Defendants.

No. 08 Civ. 2363 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from counsel for Drew Pearson Marketing LLC and USPA Accessories LLC ("Drew Pearson"), dated March 19, 2009, and a letter from counsel for Mainland Headwear Holdings LTD ("Mainland"), dated March 24, 2009. Drew Pearson is hereby permitted to file an amended answer with counterclaim no later than Friday, April 3, 2009. Mainland is ordered to answer Drew Pearson's counterclaim no later than Thursday, April 23, 2009. The Parties are ordered to furnish the Court with an amended jointly proposed Case Management Plan and Scheduling Order no later than Thursday, April 30, 2009.

SO ORDERED.

Dated:   March 25, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE